IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                                  23-MC-6017

One (1) 2016 Starcraft Autumn Ridge House
Trailer, VIN: 1SABS0BP1G2815071,

        Defendant.

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon by and between the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Melanie Bailey, Assistant United States Attorney, of counsel, and Paula Catalano, owner of Global Auto Brokers Inc., claimant, pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the government's time to file its Verified Complaint for Civil Forfeiture against the above-named property be extended from August 21, 2023 until September 23, 2023. [handwritten: September, PC]

The parties to this Stipulation further agree that the claimant may revoke their consent in writing to extend the time for the government to file its Verified Complaint for Civil Forfeiture against the above-named property, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

                                                    TRINI E. ROSS
                                                    United States Attorney
                                                    Western District of New York

Dated: 8/9/2023               BY: *Melanie J. Bailey*
                                  MELANIE BAILEY
                                  Assistant United States Attorney
                                  138 Delaware Avenue
                                  Buffalo, New York 14202
                                  716-843-5863
                                  Melanie.Bailey@usdoj.gov


Dated: 8/9/23                     *Paula Catala*
                                  PAULA CATALANO
                                  Owner of Global Auto Brokers Inc.
                                  Claimant